UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

PARVANA DZHABAROVA

                Plaintiff,

Case No: 1:20-cv-01482-JPO-KHP

**STIPULATION OF DISMISSAL WITH DEPARTMENT STORES NATIONAL BANK AND ORDER**

              -against-

EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC
AMERICAN EXPRESS CO.,
BANK OF AMERICA, N.A.,
COVINGTON CREDIT OF GEORGIA INC.,
DEPARTMENT STORES NATIONAL BANK, and
MERRICK BANK CORPORATION

              Defendant(s).
---------------------------------------------------------------------x

      **IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Department Stores National Bank only, shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: May 1, 2020

                                      HOROWITZ LAW, PLLC

                                      Uri Horowitz, Esq.
                                      14441 70th Road
                                      Flushing, NY 11367
                                      Phone: (718) 705-8706
                                      uri@horowitzlawpllc.com

                                      *Attorney for Plaintiff Parvana Dzhabarova*

Scanned with CamScanner

Dated: May 2, 2020

**BALLARD SPAHR LLP**

*Gerard Belfort* (signature)

Gerard Belfort, Esq.
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: 646-346-8044
BelfortG@ballardspahr.com

*Counsel for Defendant Department Stores National Bank*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

June 12, 2020